# Order

Michigan Supreme Court
Lansing, Michigan

October 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161263

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 161263
                                          COA: 339424

TERRELL MARCUS ROBERTS,
              Defendant-Appellant.
                                          Ingham CC: 16-000384-FC

_____/

      On order of the Court, the application for leave to appeal the March 24, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, VACATE the sentence for felon in possession of a firearm, and REMAND this case to the Ingham Circuit Court for resentencing. As argued by both the prosecution and defense at trial, the factual issue facing the jury in determining the defendant's guilt or innocence of the assault with intent to murder charge was whether he passed a gun to another individual, who it is undisputed then fired the gun into a crowd on a city street. The jury acquitted the defendant of this charge. As such, when the trial court assigned 25 points to Offense Variable 9, MCL 777.39(1)(b), for endangering the crowd, and when it departed upward from the recommended guidelines range in order to deter gun violence on the city's streets, it improperly sentenced the defendant based on acquitted conduct. *People v Beck*, 504 Mich 605 (2019).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020

s1014

                                                  Clerk